**LANE & NACH, P.C.**
2001 East Campbell Avenue
Suite 103
Phoenix, AZ 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003

Adam B. Nach – 013622
Email: adam.nach@lane-nach.com
Helen K. Santilli - 032441
Email: helen.santilli@lane-nach.com

*Attorneys for David A. Birdsell, Trustee*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | (Chapter 7 Case) |
| ARIELLE DEVON TORREZ, | No. 2:21-bk-06303-PS |
| Debtor. | **TRUSTEE'S MOTION TO COMPEL TURNOVER** |

      David A. Birdsell, Chapter 7 Trustee, by and through his attorneys undersigned, herein files his *Motion to Compel Turnover* ("**Motion**") which seeks an Order compelling Debtor to turn over documentation and information to the Trustee necessary to administer this Chapter 7 Estate. For his Motion, Trustee represents as follows:

### <u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

      1.  Arielle Devon Torrez ("**Debtor**") filed her voluntary Petition under Chapter 7 of Title 11 on August 13, 2021.

      2.  David A. Birdsell is the duly appointed and acting trustee in this case ("**Trustee**").

      3.  To properly administer this Estate, the Trustee requires information from the Debtor relative to various withdrawals/transactions made from her Wells Fargo account ending #6395 and the CashApp account of "Arielle". Trustee has requested this information from the Debtor numerous times and the Debtor has failed to provide.

      4.  Specifically, Trustee is requesting: (1) copies of the Debtor's CashApp statements for the period of January 1, 2021 through the Petition Date ("**Bank Statements**"); and (2) that the Debtor provide a written explanation of each of the following bank transactions and provide copies

of any documents that would substantiate her explanation (receipts, invoices, etc.) ("**Cash**"):

| Date of Transaction | Type of Transaction | Amount of Transaction |
|---|---|---|
| 1/4/21 | Withdrawal | $1,000.00 |
| 1/4/21 | Withdrawal | $500.00 |
| 1/5/21 | Cashapp | $500.00 |
| 1/6/21 | Cashapp | $500.00 |
| 1/7/21 | Withdrawal | $1,000.00 |
| 1/11/21 | Cashapp | $300.00 |
| 1/12/21 | Withdrawal | $6,000.00 |
| 1/19/21 | Cashapp | $300.00 |
| 1/21/21 | Cashapp | $200.00 |
| 2/22/21 | Cashapp | $150.00 |
| 2/24/21 | Cashapp | $250.00 |
| 2/24/21 | Cashapp | $500.00 |
| 3/2/21 | Cashapp | $100.00 |
| 3/8/21 | Cashapp | $500.00 |
| 3/12/21 | Cashapp | $500.00 |
| 3/15/21 | Cashapp | $500.00 |
| 3/7/21 | Withdrawal | $7,500.00 |
| 3/18/21 | Cashapp | $500.00 |
| 3/29/21 | Cashapp | $100.00 |
| 3/29/21 | Cashapp | $300.00 |
| 4/1/21 | Cashapp | $400.00 |
| 4/19/21 | Cashapp | $150.00 |
| 4/21/21 | Cashapp | $100.00 |
| 4/21/21 | Cashapp | $100.00 |
| 7/2/21 | Withdrawal | $2,500.00 |

| 7/7/21 | Cashapp | $500.00 |
|---|---|---|
| 7/16/21 | Cashapp | $600.00 |
| **TOTAL** | | **$25,550.00** |

5.   Pursuant to 11 U.S.C. §§ 521(a), 542, and Federal Rule of Bankruptcy Procedure 4002, Trustee is entitled to receive and Debtor has a duty to turn over the information and documentation to the Trustee necessary for administration of the Estate.

6.   Despite numerous demands, Debtor has failed to turn over the information/accounting regarding the Cash and Bank Statements as required by the Trustee to administer this Estate.  *In re Sawyer*, 324 B.R. 115 (Bankr. D. Ariz. 2005).

7.   Debtor failed to timely turnover the information explaining the Cash transactions and the Bank Statements, which gave rise to the Trustee having to utilize counsel to force the Debtor to comply with her duties under the Bankruptcy Code.

8.   This Court has the authority pursuant to 11 U.S.C. § 105 to issue any order "that is necessary or appropriate to carry out the provisions of this title".  The Ninth Circuit Court of Appeals has recognized that bankruptcy courts have the inherent power to sanction vexatious conduct presented before the court.  *In re Rainbow Magazine, Inc.* 77 F.3rd 278 (9th Cir. 1996).

9.   Accordingly, Trustee asks that if the Debtor does not remit an accounting of the Cash and the Bank Statements within fourteen (14) days of the Order directing turnover, that the damages incurred by the Estate be borne by the Debtor and that Debtor pay for the Trustee's reasonable attorney's fees and costs in the amount of $750.00.

WHEREFORE, David A. Birdsell, Trustee, prays for an Order of this Court:

A.   Directing the Debtor to provide the information and documentation requested regarding the above Cash transactions;

B.   Directing the Debtor to provide the Bank Statements;

C.   Directing that if the Debtor fails to remit the items delineated in above paragraphs  A and B within  fourteen (14) days of the Order directing turnover, awarding Trustee his reasonable Attorney's fees and costs in the amount of $750.00; and

B.  For such other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED this 14th day of July, 2022.

**LANE & NACH, P.C.**

By   /s/ Adam B. Nach
      Adam B. Nach
      Helen K. Santilli
      *Attorneys for Trustee*

COPY of the foregoing mailed:

Arielle Devon Torrez
3625 East Ray Road, Apt. 1018
Phoenix, AZ 85044
*Debtor*

Delivered via electronic notification to:

Candace E. Kallen
My Arizona Lawyers
1731 W. Baseline Rd., Ste. 101
Mesa, AZ 85202
Email: Jacqueline@myazlawyers.com
Email: candace@myazlawyers.com
*Attorney for Debtor*

Office of U.S. Trustee
230 North First Avenue
Phoenix, AZ 85003
Email:  Larry.Watson@usdoj.gov
Email: ustpregion14.px.ecf@usdoj.gov

By/s/ Danica Acosta