Candace Kallen 030938
**MY ARIZONA LAWYERS, PLLC**
**dba MY AZ LAWYERS**
1731 W. Baseline Road, Suite 101
Mesa, Arizona 85202-5730
Phone: (480) 833-8000
Fax: (480) 478-0714
Email:Jacqueline@myazlawyers.com
Attorneys for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re: | In Proceedings Under Chapter 7 |
|---|---|
| ARIELLE DEVON TORREZ, | Case No.: 2:21-bk-06303-PS |
| Debtor. | **RESPONSE TO TRUSTEE'S MOTION TO COMPEL TURNOVER** |

Debtor's Counsel, My Arizona Lawyers, PLLC, hereby files their Response to the Trustee's Motion to Compel Turnover (DE #30). In support of this response, Debtor's Counsel states the following:

**I.     Procedural History**

1.     Debtor filed a Chapter 7 Voluntary Petition on August 13, 2021.

2.     A Meeting of Creditors was held on September 20, 2021 and Debtor appeared.

3.     The case was discharged on November 29, 2021.

4.     On July 14, 2022, Trustee David A. Birdsell filed a Motion to Compel Turnover (DE #30).

1

5. Continued representation of the debtor is not possible due to ER 1.16(a)(1). My AZ Lawyers will hereby file a Motion to Withdraw as Counsel.

6. Debtor has been advised of her obligation to comply with the Motion to Compel Turnover.

**RESPECTFULLY SUBMITTED** this 29th day of July 2022.

MY ARIZONA LAWYERS, PLLC
dba MY AZ LAWYERS

_____
Attorney for Debtor